AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manion, Daniel A | USCA-7 | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III | ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 Grant Federal Building <br> 204 S. Main Street <br> South Bend, IN 46601 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 10 A 9:59

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club | Reduced rate signing privileges to federal judges; services & facility use charged | $ 60.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Key Bank checking | A | Interest | J | T | | | | | |
| 2. AIM Asia Pacific Growth Fund | A | Distribution | J | T | | | | | |
| 3. Gabelli Value Mutual Fund | D | Distribution | K | T | | | | | |
| 4. Templeton Foreign Fund | E | Distribution | M | T | | | | | |
| 5. Key Bank Custodial Account Items 6-12 | | | | | | | | | |
| 6. Europacific Growth Fund F | C | Distribution | L | T | | | | | |
| 7. Goldman Sachs Small Cap Value Fund | D | Distribution | L | T | | | | | |
| 8. Hartford Capital Appreciation Fund | D | Distribution | M | T | | | | | |
| 9. Indiana Health Muni | A | Interest | J | T | | | | | |
| 10. AIM Developing Markets Fund | A | Distribution | J | T | | | | | |
| 11. First Financial Fund | B | Distribution | K | T | | | | | |
| 12. Victory Money Market Fund (Gradison Govt Reserves) | C | Distribution | M | T | | | | | |
| 13. Seligman Global Fund | | None | J | T | | | | | |
| 14. Janus Fund | A | Distribution | L | T | | | | | |
| 15. Fidelity Magellan Fund | E | Distribution | L | T | | | | | |
| 16. Diamonds | | None | J | W | | | | | |
| 17. Keycorp common | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Victory Institutional | A | Distribution | J | T | | | | | |
| 19. IRAs -- Items 20-28 | | | | | | | | | |
| 20. Oppenheimer Fund | | None | J | T | | | | | |
| 21. Wachovia Money Market/Cash | A | Distribution | J | T | | | | | |
| 22. General Electric Co. | A | Dividend | K | T | | | | | |
| 23. FICO Strips | | None | J | T | | | | | |
| 24. Davis NY Venture Fund | A | Distribution | M | T | | | | | |
| 25. Franklin Balance Sheet | C | Distribution | L | T | bought | 3-21 | K | | |
| 26. FICO Strips | | None | J | T | | | | | |
| 27. Federal 401K plan | | None | N | T | | | | | invest 5% of salary monthly |
| 28. State of Indiana retirement | | None | J | T | | | | | |
| 29. 20/20 Fund (Jennison) | A | Distribution | K | T | bought | 3-31 | K | | |
| 30. Alliance Growth and Income Fund | | None | | | sold | 3-31 | K | D | |
| 31. Northwestern Mutual Life Insur. | | None | M | T | | | | | |
| 32. Unimproved real estate St. Joseph County, Indiana | | None | L | W | | | | | |
| 33. 1/5 interest in unimproved real estate St. Joseph County, IN | A | Rent | L | W | | | | | |
| 34. Baird Trust Account: Items 35-65 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Manion, Daniel A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amsouth Bancorporation | A | Dividend | | | sold | 6-19 | K | C | |
| 36. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 37. Biomet Inc. common | A | Dividend | L | T | | | | | |
| 38. Computer Sciences Corp. common | | None | L | T | | | | | |
| 39. Target Corp common | A | Dividend | L | T | | | | | |
| 40. Federal National Mtg. Common | A | Dividend | | | SOLD | 5-10 | J | C | |
| 41. Windstream Corp. | A | Dividend | J | T | | 7-18 | | | spinoff from Alltel Corp |
| 42. Illinois Tool Works common | A | Dividend | K | T | | | | | |
| 43. Intel Corp common | A | Dividend | K | T | | | | | |
| 44. Pfizer Inc. common | B | Dividend | K | T | | | | | |
| 45. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 46. Proctor & Gamble common | A | Dividend | J | T | | | | | |
| 47. Baird Muni Money Market (Dreyfus) | B | Distribution | L | T | | | | | |
| 48. Fiserv Inc. | | None | M | T | | | | | |
| 49. Home Depot common | A | Dividend | L | T | | | | | |
| 50. Patterson Dental | | None | M | T | | | | | |
| 51. Fastenal common | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Harley Davidson common | B | Dividend | L | T | | | | | |
| 53. Medtronic Inc. | A | Dividend | L | T | | | | | |
| 54. Zebra Tech Corp. | | None | L | T | | | | | |
| 55. McGraw-Hill common | B | Dividend | L | T | | | | | |
| 56. Scripps common | A | Dividend | K | T | bought | 4-28 | K | | |
| 57. Walgreen | A | Dividend | K | T | | | | | |
| 58. Alltel Corp | A | Dividend | K | T | | | | | |
| 59. Emerson Electric | A | Dividend | K | T | | | | | |
| 60. Wrigley William Jr. Co. | A | Dividend | K | T | bought | 4-26 | K | | |
| 61. Amgen Inc. | | None | K | T | | | | | |
| 62. American International Group | | | | | | | | | |
| 63. Microsoft Corp | A | Dividend | K | T | | | | | |
| 64. General Electric | A | Dividend | K | T | | | | | |
| 65. Harris Corp | A | Dividend | K | T | | | | | |
| 66. McDonald Custodial Account: items 67-78 | | | | | | | | | |
| 67. BP PLC common | C | Dividend | M | T | | | | | |
| 68. General Electric | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pfizer Inc. | C | Dividend | L | T | | | | | |
| 70. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 71. SM Smucker | A | Dividend | J | T | | | | | |
| 72. Victory Prime Obligations Money Fund | A | Dividend | M | T | | | | | |
| 73. McDonald Custodial Accounts: Fidelity Adv. Dividend Growth | A | Distribution | J | T | | | | | |
| 74. Alliance College Bound Fund | D | Distribution | L | T | | | | | |
| 75. American Funds College America | D | Distribution | N | T | | | | | |
| 76. Fidelity Spartan 500 Index Fund | A | Distribution | K | T | | | | | |
| 77. Fidelity Growth and Income Fund | A | Distribution | K | T | | | | | |
| 78. Vanguard 500 Index Fund | A | Distribution | L | T | | | | | |
| 79. South Bend Redevelopment Muni | A | Interest | J | T | | | | | |
| 80. Indianapolis LOC Pub Impt | | None | J | T | | | | | |
| 81. Indiana Devel. Fin. Auth. Educ. Muni | A | Interest | J | T | | | | | |
| 82. Evansville IN Redev. Auth. Lease | A | Interest | J | T | | | | | |
| 83. Alliance Bertstein Capital Reserve Money Fund | A | Distribution | J | T | closed | 2-3 | J | | |
| 84. Metlife Bank Money Market | A | Distribution | J | T | bought | 2-3 | J | | |
| 85. OppenheimerFunds Legacy Program | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

OppenheimerFunds Legacy Program -- charitable foundation -- invested in mutual funds --- no ownership (completed gifts). Control over donations from foundation.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Manion, Daniel A | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 2, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544